FILED

MAY 31 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:16-SW-0323   CKD

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH
FLUO874652@AOL.COM, AND
HOBBYMAN813@AOL.COM THAT IS
STORED AT PREMISES CONTROLLED BY
AOL, INC.

CASE NO.

[PROPOSED] ORDER COMMANDING AOL, INC.
NOT TO NOTIFY ANY PERSON OF THE
EXISTENCE OF WARRANT

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding AOL, INC., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or change patterns of behavior. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that AOL, INC. shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that AOL, INC. may disclose the attached warrant to an attorney for AOL, INC. for the purpose of receiving legal advice.

[PROPOSED] ORDER

1

1  IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
2  ordered by the Court.
3
4
5  Dated: 5/31/2016

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER